| | | | | |
|---|---|---|---|---|
| Burns v. State ................. | 79A02–1701–CR–7 | 08/04/2017 | BAKER, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Reid v. State ................... | 20A03–1606–CR–1286 | 08/04/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Ashby v. State ................. | 39A01–1610–CR–2341 | 08/04/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Fontaine v. State ............... | 79A05–1612–CR–2851 | 08/07/2017 | SHEPARD, Sr.J.<br><br><br><br><br>BAKER, J.<br>ALTICE, J. | Affirmed in part, reversed and remanded in part with instructions.<br>Concurs<br>Concurs |
| Powers v. State ............... | 16A05–1612–CR–2855 | 08/07/2017 | MAY, J.<br>PYLE, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Dissents with separate opinion |
| Julian v. State ................. | 84A01–1701–CR–103 | 08/07/2017 | FRIEDLANDER, Sr.J.<br>VAIDIK, C.J.<br>CRONE, J. | Affirmed<br><br>Concurs<br>Concurs |
| Lee v. State ................... | 49A02–1610–CR–2414 | 08/08/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Jackson v. State ............... | 49A04–1701–CR–89 | 08/08/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Lockhart v. State ............... | 16A01–1702–CR–430 | 08/08/2017 | RILEY, J.<br>ROBB, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Smiley v. State ................. | 49A02–1701–CR–189 | 08/08/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Buchanan v. Fox ............... | 67A01–1704–PL–861 | 08/08/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |